UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERNEST A. ROBINSON,

    Plaintiff,

v.   CASE NO. 3:14-cv-386-J-32JBT

PUTNAM COUNTY CLERK OF
COURT,

    Defendant.
_____/

### REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("Application") (Doc. 2). On May 5, 2014, the Court took the Application under advisement to give Plaintiff the opportunity to file an amended complaint and to provide a more detailed financial affidavit. (*See* Doc. 6 at 5.) Plaintiff was directed to file an amended complaint and a renewed financial affidavit no later than May 26, 2014. (*Id.*) Further Plaintiff was cautioned that "[f]ailure to comply with this Order may result in a recommendation to the District Judge that the Application be

---

[1] "Within 14 days after being served with a copy of [this Report and Recommendation], a party may serve and file specific written objections to the proposed findings and recommendations. A party may respond to another party's objections within 14 days after being served with a copy." Fed. R. Civ. P. 72(b)(2); *see also* 28 U.S.C. § 636(b)(1); M.D. Fla. R. 6.02(a). "A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1).

denied and/or that this case be dismissed . . . ." (*Id.* at 5.)  However, as of this date, Plaintiff has not filed an amended complaint or a renewed financial affidavit.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be dismissed without prejudice for failure to prosecute.

**DONE AND ENTERED** at Jacksonville, Florida, on June 3, 2014.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

The Honorable Timothy J. Corrigan
United States District Judge

Pro Se Plaintiff

2