UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERNEST A. ROBINSON,

    Plaintiff,

v.                                                                                Case No. 3:14-cv-386-J-32JBT

PUTNAM COUNTY CLERK OF
COURT,

    Defendant.

## O R D E R

This case is before the Court on the June 3, 2014 Report and Recommendation of the assigned United States Magistrate Judge (Doc. 7) which recommends that the case be dismissed without prejudice for failure to prosecute due to Plaintiff Ernest A. Robinson's failure to file either an amended complaint or a renewed financial affidavit by May 26, 2014 as directed by the Court (see Doc. 6).

To date, plaintiff has still not filed either an amended complaint or a renewed financial affidavit. Moreover, no objections to the Report and Recommendation have been filed, and the time in which to do so has now passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a). Accordingly, upon independent review of the file, the undersigned agrees with the Magistrate Judge. It is therefore hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 7) is **ADOPTED** as the opinion of the Court.

    2.     This case is **DISMISSED without prejudice** for failure to prosecute.

The Clerk should now close the case.

    **DONE AND ORDERED** at Jacksonville, Florida this 3rd day of July, 2014.

```
_____
TIMOTHY J. CORRIGAN
United States District Judge
```

bjb
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Pro se Plaintiff