UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERNEST ROBINSON,

 Plaintiff,

v.  Case No. 3:14-cv-386-J-32JBT

FLORIDA DEPARTMENT OF CORRECTIONS, PUTNAM COUNTY CLERK OF COURT,

 Defendants.

## O R D E R

This case is before the Court on Defendant Florida Department of Corrections' Motion to Quash Service of Process (Doc. 24). On July 2, 2015, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 31) recommending that the motion be granted to the extent that Plaintiff Ernest Robinson's attempted service be quashed, but that he be allowed an additional sixty days to properly serve the Department of Corrections.

On July 6, 2015, Robinson filed a document which the undersigned construes as objections to the Report and Recommendation. (Doc. 34.) Robinson essentially repeats word-for-word the arguments made in response to the motion to quash. Upon de novo review, the undersigned overrules his objections, adopts the Report and Recommendation, and grants the motion to quash for the reasons stated in the Report and Recommendation.

However, pursuant to Federal Rule of Civil Procedure 4(c)(3), the Court will

give Robinson the option to serve the Florida Department of Corrections via the U.S. Marshals Service. He should therefore mail or deliver to the Clerk's Office a new summons and, if he elects to use the Marshals, take all necessary steps to facilitate service by the Marshals upon Julie L. Jones, Secretary of the Florida Department of Corrections, 501 South Calhoun Street, Tallahassee, FL 32399.[1]

Finally, Defendant Putnam County Clerk of Court has moved to dismiss the claims against it with prejudice. (Doc. 30.) It is not clear whether Robinson intended for the arguments in the document containing his objections to the Report and Recommendation to also stand as a response to the motion to dismiss. (See Doc. 34 ¶¶ 7-10.) The Court will therefore give him additional time to file a separate response to the motion to dismiss. If he does not do so by the deadline, the Court will consider the arguments in Doc. 34 to be his response to the motion to dismiss and will act accordingly. Therefore, it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 31) is **ADOPTED** as the opinion of the Court.

2. Defendant Department of Corrections' Motion to Quash Service of Process (Doc. 24) is **GRANTED** to the extent that the attempted service of process on Defendant Florida Department of Corrections is **QUASHED**.

---

[1] If he wishes, Robinson may still attempt to complete service through a private process server or other appropriate "person who is at least 18 years old and not a party," Fed. R. Civ. P. 4(c)(2), and not through the Marshals. Regardless of the means he chooses, though, Robinson will need to obtain new summons from the Clerk's Office and the deadline for filing proof of service will be the same.

Case 3:14-cv-00386-TJC-JBT   Document 35   Filed 09/08/15   Page 3 of 4 PageID 573

3. The Clerk should mail a new summons and Form USM-285 to Robinson.

4. If Robinson chooses to complete service upon the Florida Department of Corrections through the U.S. Marshals Service, he should complete the summons and Form USM–285. He should then return the completed form and summons, along with a copy of the complaint, to the Clerk so that they can be served by the Marshals Service. Alternatively, Robinson may complete service on the Florida Department of Corrections by any other means that satisfies Federal Rule of Civil Procedure 4.

5. On or before **October 28, 2015**, Robinson shall file proof of proper service on the Florida Department of Corrections.

6. On or before **October 8, 2015**, Robinson shall file any further response to Defendant Putnam County Clerk of Court's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 30).

**DONE AND ORDERED** at Jacksonville, Florida this 8th day of September, 2015.

*/s/ Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of record

Via U.S. Mail and e-mail to:
Ernest Robinson
4803 St. Johns Ave., Apt. #209
Palatka, FL 32177
eacrobinson@gmail.com

Attachment: U.S. Marshals Form 285